# Exhibit 3

## Infringement Claim Chart for U.S. Pat. No. US10237420 v. Snap Inc ("Defendant")

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Snap Inc platform with system-generated Searching Service performs a method of processing requests.<br>For Example, Snap Inc Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br><br>Source: https://investor.snap.com/about-snap/default.aspx<br><br>Source: https://investor.snap.com/search-results/default.aspx?SearchTerm=snap |

| | |
|---|---|
| | We can also personalize the Search screen to highlight content you might be interested in, and present you with a personalized overview of your Memories. If we know it's your birthday, we can give you and your friends a special Lens to help celebrate! We can also personalize ads, Search, Filters, Snap Map, and Lenses to really make your Snapchat experience unique.<br><br>Source: https://values.snap.com/privacy/your-information<br><br>On Snapchat, you can search for and add friends by their real name or username. Tap the magnifying glass on the top left of the Chat Screen, and type in who you're looking for. Then, if they're using Snapchat (and have a public profile), you can **add them as a friend**.<br><br>Source: https://blog.hootsuite.com/how-to-use-snapchat-beginners-guide/#:~:text=On%20Snapchat%2C%20you%20can%20search,add%20them%20as%20a%20friend.<br><br>**Snapchat Trends Details the Most Popular Keywords Being Used by Snapchatters**<br>Creators and marketers gain new visibility into organic chatter<br>Search... United States<br><br>Source: https://www.adweek.com/social-marketing/snapchat-trends-details-the-most-popular-keywords-being-used-by-snapchatters/ |
| estimating at least one content-specific | The Snap Inc platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. For Example, Snap Inc estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic |

| | |
|---|---|
| or requestor-specific characteristic associated with each received request; | associated with each received request.<br><br>We can also personalize the Search screen to highlight content you might be interested in, and present you with a personalized overview of your Memories. If we know it's your birthday, we can give you and your friends a special Lens to help celebrate! We can also personalize ads, Search, Filters, Snap Map, and Lenses to really make your Snapchat experience unique.<br><br>Source: https://values.snap.com/privacy/your-information<br><br>**Snapchat Trends Details the Most Popular Keywords Being Used by Snapchatters**<br>Creators and marketers gain new visibility into organic chatter<br>Search... United States<br><br>Source: https://www.adweek.com/social-marketing/snapchat-trends-details-the-most-popular-keywords-being-used-by-snapchatters/<br><br>On Snapchat, you can search for and add friends by their real name or username. Tap the magnifying glass on the top left of the Chat Screen, and type in who you're looking for. Then, if they're using Snapchat (and have a public profile), you can **add them as a friend**.<br><br>Source: https://blog.hootsuite.com/how-to-use-snapchat-beginners-guide/#:~:text=On%20Snapchat%2C%20you%20can%20search,add%20them%20as%20a%20friend. |

| | |
|---|---|
| | **How We Use Your Information**<br><br>Our services are made to be simple and easy to use, but a lot of work goes into keeping them up and running! One of the key elements that powers our products is information that's either shared or intuited — so here's a quick walkthrough of the information we use, and how we use it!<br><br>Source: https://values.snap.com/privacy/your-information |
| determining availability of a plurality of alternate targe t resources, each respective targ et resource having at least one respective targ et characteristi c; | The Snap Inc platform with system-generated Searching Service determines a set of available<br>alternate target resources, each having at least one respective target characteristic.<br>For Example, Snap Inc uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>Snapchat uses machine learning to power many features across the app - from sophisticated lenses, to serving relevant and interesting Discover content, to returning relevant search results, to security architecture that keeps our community safe.<br><br>Source: https://eng.snap.com/device-distributed-machine-learning |

| | |
|---|---|
| | CONTENT TYPE<br>All (79)<br>SORT<br>Relevance<br>DATE RANGE<br>Select a date range<br>SEARCH<br>snap<br># OF RESULTS<br>10<br>Results 79<br>SNAP INC. AND GOOGLE PARTNER TO BRING "QUICK TAP TO SNAP" TO PIXEL 6<br>New Pixel-first feature puts the **Snapchat** camera directly onto the lockscreen for fast & easy access SANTA MONICA, Calif.--(BUSINESS WIRE)-- **Snap** Inc. (NYSE:**SNAP**) today announced at the Pixel Fall Launch event a new feature on Google's Pixel 6 cal...<br>SNAP INC. FILES ANNUAL REPORT ON FORM 10-K<br>SANTA MONICA, Calif.--(BUSINESS WIRE)-- **Snap** Inc. (NYSE: **SNAP**) has filed its Annual Report on Form 10-K for the year ended December 31, 2022, with the Securities and Exchange Commission. The report, which includes **Snap** Inc.'s audited financial sta...<br><br>Source: https://investor.snap.com/search-results/default.aspx?SearchTerm=snap<br><br>On Snapchat, you can search for and add friends by their real name or username. Tap the magnifying glass on the top left of the Chat Screen, and type in who you're looking for. Then, if they're using Snapchat (and have a public profile), you can **add them as a friend.**<br><br>Source: https://blog.hootsuite.com/how-to-use-snapchat-beginners-guide/#:~:text=On%20Snapchat%2C%20you%20can%20search,add%20them%20as%20a%20friend. |
| evaluating, with at least one automated | The Snap Inc platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on |

| | |
|---|---|
| processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality alternate target resources; and | a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.<br>For Example, Snap Inc uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning.<br><br>Snapchat uses machine learning to power many features across the app - from sophisticated lenses, to serving relevant and interesting Discover content, to returning relevant search results, to security architecture that keeps our community safe.<br><br>Source: https://eng.snap.com/device-distributed-machine-learning<br><br>**Calibrated predictions:** the Snapchat ad platform bills advertisers on a per ad impressions basis while the advertiser might be bidding for a different conversion event such as swipe-up or app install. An essential requirement then is calibrated predictions: the total number of conversions predicted by the model should be close to the total number of true conversions on all major business segments. This is different from the typical recommendation or search ranking problems where the model predicted scores are used only to determine the relative ranking of documents or products; for ad marketplace, we do care about calibrated scores.<br><br>Source: https://eng.snap.com/machine-learning-snap-ad-ranking |

| | |
|---|---|
| | In most cases, the effectiveness of machine learning depends on the quality of training data. A machine learning framework, such as Tensorflow, ingests training examples and outputs a model capable of performing a new task. Thus, having access to high quality training data is absolutely essential for the success of any machine learning undertaking.<br><br>Source: https://eng.snap.com/device-distributed-machine-learning<br><br>This post details an overview of the Snapchat ad ranking system, the challenges unique to the online ad ecosystem, and the corresponding machine learning (ML) development cycle.<br><br>Source: https://eng.snap.com/machine-learning-snap-ad-ranking<br><br>Snapchat ad ranking aims to serve the right ad to the right user at the right time. These are selected from millions of ads in our inventory at any time. We do so with a strong emphasis on maintaining an excellent user experience and upholding Snap's strong privacy principles and security standards, including honoring user privacy choices. Serving the right ad, in turn, generates value for our community of advertisers and Snapchatters. Under the hood, a very high throughput real-time ad auction is powered by large-scale distributed engineering systems and state of the art deep learning ML models.<br><br>Source: https://eng.snap.com/machine-learning-snap-ad-ranking |
| generating a control signal , by the at | The Snap Inc platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. |

| | |
|---|---|
| least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targe ts. | For Example, responsive to the evaluation, Snap Inc generates a control signal for the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests.<br><br>Snapchat uses machine learning to power many features across the app - from sophisticated lenses, to serving relevant and interesting Discover content, to returning relevant search results, to security architecture that keeps our community safe.<br><br>Source: https://eng.snap.com/device-distributed-machine-learning<br><br><br><br>Source: https://investor.snap.com/search-results/default.aspx?SearchTerm=snap |

| | |
|---|---|
| | In most cases, the effectiveness of machine learning depends on the quality of training data. A machine learning framework, such as Tensorflow, ingests training examples and outputs a model capable of performing a new task. Thus, having access to high quality training data is absolutely essential for the success of any machine learning undertaking.<br><br>Source: https://eng.snap.com/device-distributed-machine-learning<br><br>On Snapchat, you can search for and add friends by their real name or username. Tap the magnifying glass on the top left of the Chat Screen, and type in who you're looking for. Then, if they're using Snapchat (and have a public profile), you can **add them as a friend**.<br><br>Source: https://blog.hootsuite.com/how-to-use-snapchat-beginners-guide/#:~:text=On%20Snapchat%2C%20you%20can%20search,add%20them%20as%20a%20friend. |