# Exhibit 4

**Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Snap Inc ("Defendant")**

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Snapchat platform with system-generated friend suggestions performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates friend suggestions based on user profiles. A friend suggestion is a recommendation for a connection with another user. Each friend suggestion is unique and therefore mutually exclusive from all others. Each friend suggestion is delivered to the user for whom the suggestion is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>> Snapchat is a social media app that allows users to send and receive photos and videos that disappear after a few seconds. Since its launch in 2011, Snapchat has become one of the most popular social media apps in the world. In this article, we'll dive into the features and functionality of Snapchat to give you a better understanding of how it works.<br><br>> To use Snapchat, you first need to sign up for an account. You can do this by downloading the app from the App Store or Google Play Store and creating a username and password. Once you have created an account, you can add friends by searching for their username or by syncing your phone contacts.<br><br>Source: https://instasize.com/learn/how-does-snapchat-work |

> One of the features of Snapchat is the "friend suggestions" section. This area of the app shows you recommended friends based on your current contacts and past interactions on Snapchat. You can also view friends who are nearby or recently active on the app. While this feature can help find new friends, it can also be confusing and overwhelming.

Source: https://www.alphr.com/turn-off-friend-suggestions-snapchat/

## How to Add Friends on Snapchat

Snapchat is better with friends!

Learn all the ways to add friends, so you can Snap, Chat, play games, and more 👥

**Click a link below to jump to a specific section:**

- Add Friends from Your Contacts
- Add Friends from Search
- Add Friends Using Quick Add
- Add Friends by Mention
- Add Friends by Snapcode
- Add Friends by Subscribing to Public Profiles
- Ignore Friend Requests

Source: https://help.snapchat.com/hc/en-us/articles/7012328615828-How-to-Add-Friends-on-Snapchat

2

> There are many advantages why you should enable the quick add or the suggested friend's option. Here are some of the top reasons: –
>
> 1. **TO GROW YOUR FRIEND'S LIST QUICKLY** – By enabling the quick add function, your Snapchat username will appear in many people's account. This will help people discover you more quickly.
> 2. **TO KNOW YOUR CIRCLE OF FRIENDS** – The suggested friends will be based on your contacts and also your mutual friends. Therefore, by looking at the suggested names list, you would be able to know who is your circle of friends who they befriended with on Snapchat.

Source: https://mymediasocial.com/how-does-snapchat-suggested-friends-work-3-simple-explanation/

> Here's how Snapchat's friend suggestions work:
>
> Snapchat comes up with friend suggestions by using information that you provide to the app.
>
> This includes your contacts, existing friends, and user data that is generated every time you engage with the app.
>
> All of that is put through sophisticated analytical software, and the end result is the list of suggested friends.

Source: https://techwithtech.com/snapchat-friend-suggestions-how-does-it-work/

3

| | |
|---|---|
| a) maintaining a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | The Snapchat platform with system-generated friend suggestions maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as a photo, a bio, he user's location, and other public information about the user. The profile can also include system-derived characteristics of the user based on the user's past use of the platform.<br><br>**Setting Up Your Public Profile**<br><br>Your Public Profile is your space to build connections, gain subscribers, and showcase your favorite content, even when you don't have a live Public Story. Create your Public Profile by tapping your avatar in the top left corner of the Camera screen, then follow the prompts to get set up. Need help setting up your Public Profile? Visit **Public Profile FAQ** for more info!<br><br>**Add & Edit Info**<br><br>Once you've created your profile, go to the new Profile Management section and tap anywhere to advance to the next screen. Tap 'Edit' to add your profile photo, bio, and other public information.<br><br>Source: https://creators.snap.com/learn-get-started-build-your-public-profile |

> A Friendship Profile is as unique as each individual friendship! To see a Friendship Profile, swipe right from the camera screen and tap on a friend's Bitmoji icon 👆
>
> The Snaps and messages you've saved are shown here, just for you and your friend 😬 Any Charms you have with this friend are shown at the bottom.
>
> There's a lot you can do in a Friendship Profile! Tap ⋯ at the top for options to report, block, or remove that friend, manage notifications, and more. You can also make a Voice or Video Call, send a Snap, and start a Chat all from within a Friendship Profile!

Source: https://help.snapchat.com/hc/en-us/articles/7012371641364-How-do-Friendship-Profiles-on-Snapchat-work-

> One of the features of Snapchat is the "friend suggestions" section. This area of the app shows you recommended friends based on your current contacts and past interactions on Snapchat. You can also view friends who are nearby or recently active on the app. While this feature can help find new friends, it can also be confusing and overwhelming.

Source: https://www.alphr.com/turn-off-friend-suggestions-snapchat/

5

> There are many advantages why you should enable the quick add or the suggested friend's option. Here are some of the top reasons: –
>
> 1. **TO GROW YOUR FRIEND'S LIST QUICKLY** – By enabling the quick add function, your Snapchat username will appear in many people's account. This will help people discover you more quickly.
> 2. **TO KNOW YOUR CIRCLE OF FRIENDS** – The suggested friends will be based on your contacts and also your mutual friends. Therefore, by looking at the suggested names list, you would be able to know who is your circle of friends who they befriended with on Snapchat.

Source: https://mymediasocial.com/how-does-snapchat-suggested-friends-work-3-simple-explanation/

> Here's how Snapchat's friend suggestions work:
>
> Snapchat comes up with friend suggestions by using information that you provide to the app.
>
> This includes your contacts, existing friends, and user data that is generated every time you engage with the app.
>
> All of that is put through sophisticated analytical software, and the end result is the list of suggested friends.

Source: https://techwithtech.com/snapchat-friend-suggestions-how-does-it-work/

| | |
|---|---|
| b) receiving a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users; | The Snapchat platform with system-generated friend suggestions receives a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one friend suggestion. The friend suggestion represents a mutually exclusive communication channel between two users that are the subject of the friend suggestion. The platform has multiple users and therefore receives a plurality of such requests.<br><br>**Setting Up Your Public Profile**<br><br>Your Public Profile is your space to build connections, gain subscribers, and showcase your favorite content, even when you don't have a live Public Story. Create your Public Profile by tapping your avatar in the top left corner of the Camera screen, then follow the prompts to get set up. Need help setting up your Public Profile? Visit **Public Profile FAQ** for more info!<br><br>**Add & Edit Info**<br><br>Once you've created your profile, go to the new Profile Management section and tap anywhere to advance to the next screen. Tap 'Edit' to add your profile photo, bio, and other public information.<br><br>Source: https://creators.snap.com/learn-get-started-build-your-public-profile |

> **Add Your Friends & Grow Your Audience**
>
> There are a bunch of ways to connect with people you already know (friends, family, or fans), and share your profile to grow your audience.
>
> **Snapcode.** Tap your Profile in the top left corner to view your unique Snapcode. You can share this code across social platforms to easily add friends on Snapchat either by tapping the Snapcode or the Share icon in the top right corner of the screen.
>
> **Username.** Be sure to add your username to all of your social channels' bios.
>
> **Contacts.** You can add friends from your mobile contacts by going to your Profile and tapping 'Add Friends,' but first you'll have to give Snapchat permission to access your contacts.
>
> **Suggested Friends.** Your suggested friends will appear on the 'Add Friends' screen under 'Quick Add.'

Source: https://creators.snap.com/learn-get-started-explore-snapchat

> One of the features of Snapchat is the "friend suggestions" section. This area of the app shows you recommended friends based on your current contacts and past interactions on Snapchat. You can also view friends who are nearby or recently active on the app. While this feature can help find new friends, it can also be confusing and overwhelming.

Source: https://www.alphr.com/turn-off-friend-suggestions-snapchat/

8

| | |
|---|---|
| | There are many advantages why you should enable the quick add or the suggested friend's option. Here are some of the top reasons: –<br><br>1. **TO GROW YOUR FRIEND'S LIST QUICKLY** – By enabling the quick add function, your Snapchat username will appear in many people's account. This will help people discover you more quickly.<br>2. **TO KNOW YOUR CIRCLE OF FRIENDS** – The suggested friends will be based on your contacts and also your mutual friends. Therefore, by looking at the suggested names list, you would be able to know who is your circle of friends who they befriended with on Snapchat.<br><br>Source: https://mymediasocial.com/how-does-snapchat-suggested-friends-work-3-simple-explanation/<br><br>Here's how Snapchat's friend suggestions work:<br><br>**Snapchat comes up with friend suggestions by using information that you provide to the app.**<br><br>**This includes your contacts, existing friends, and user data that is generated every time you engage with the app.**<br><br>**All of that is put through sophisticated analytical software, and the end result is the list of suggested friends.**<br><br>Source: https://techwithtech.com/snapchat-friend-suggestions-how-does-it-work/ |
| c) performing a combinatorial optimization | The Snapchat platform with system-generated friend suggestions performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of |

| | |
|---|---|
| with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user | users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Snapchat strives to provide friend suggestions that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of friend suggestions that are presented to the users of the platform. The value of each friend suggestion is based on the characteristics in the user profiles of the users that are the subject of that friend suggestion. A processor in the platform determines, for each potential friend suggestion, a net value of the potential friend suggestion. To meet the optimization criteria, the platform selects, from the potential friend suggestions, a set of friend suggestions to present to the users that have a maximum net benefit to the users of the platform.<br><br>To use Snapchat, you first need to sign up for an account. You can do this by downloading the app from the App Store or Google Play Store and creating a username and password. Once you have created an account, you can add friends by searching for their username or by syncing your phone contacts.<br><br>Source: https://instasize.com/learn/how-does-snapchat-work |

| | |
|---|---|
| profiles; and | Snapchat is a social media app that allows users to send and receive photos and videos that disappear after a few seconds. Since its launch in 2011, Snapchat has become one of the most popular social media apps in the world. In this article, we'll dive into the features and functionality of Snapchat to give you a better understanding of how it works.<br><br>Source: https://instasize.com/learn/how-does-snapchat-work<br><br>**How to Add Friends on Snapchat**<br><br>Snapchat is better with friends!<br><br>Learn all the ways to add friends, so you can Snap, Chat, play games, and more 👬<br><br>**Click a link below to jump to a specific section:**<br>- Add Friends from Your Contacts<br>- Add Friends from Search<br>- Add Friends Using Quick Add<br>- Add Friends by Mention<br>- Add Friends by Snapcode<br>- Add Friends by Subscribing to Public Profiles<br>- Ignore Friend Requests<br><br>Source: https://help.snapchat.com/hc/en-us/articles/7012328615828-How-to-Add-Friends-on-Snapchat |

> **Add Your Friends & Grow Your Audience**
>
> There are a bunch of ways to connect with people you already know (friends, family, or fans), and share your profile to grow your audience.
>
> **Snapcode.** Tap your Profile in the top left corner to view your unique Snapcode. You can share this code across social platforms to easily add friends on Snapchat either by tapping the Snapcode or the Share icon in the top right corner of the screen.
>
> **Username.** Be sure to add your username to all of your social channels' bios.
>
> **Contacts.** You can add friends from your mobile contacts by going to your Profile and tapping 'Add Friends,' but first you'll have to give Snapchat permission to access your contacts.
>
> **Suggested Friends.** Your suggested friends will appear on the 'Add Friends' screen under 'Quick Add.'

Source: https://creators.snap.com/learn-get-started-explore-snapchat

> One of the features of Snapchat is the "friend suggestions" section. This area of the app shows you recommended friends based on your current contacts and past interactions on Snapchat. You can also view friends who are nearby or recently active on the app. While this feature can help find new friends, it can also be confusing and overwhelming.

Source: https://www.alphr.com/turn-off-friend-suggestions-snapchat/

| | |
|---|---|
| | There are many advantages why you should enable the quick add or the suggested friend's option. Here are some of the top reasons: –<br><br>1. **TO GROW YOUR FRIEND'S LIST QUICKLY** – By enabling the quick add function, your Snapchat username will appear in many people's account. This will help people discover you more quickly.<br>2. **TO KNOW YOUR CIRCLE OF FRIENDS** – The suggested friends will be based on your contacts and also your mutual friends. Therefore, by looking at the suggested names list, you would be able to know who is your circle of friends who they befriended with on Snapchat.<br><br>Source: https://mymediasocial.com/how-does-snapchat-suggested-friends-work-3-simple-explanation/<br><br>Here's how Snapchat's friend suggestions work:<br><br>Snapchat comes up with friend suggestions by using information that you provide to the app.<br><br>This includes your contacts, existing friends, and user data that is generated every time you engage with the app.<br><br>All of that is put through sophisticated analytical software, and the end result is the list of suggested friends.<br><br>Source: https://techwithtech.com/snapchat-friend-suggestions-how-does-it-work/ |
| d) storing in a memory a description of an | The Snapchat platform with system-generated friend suggestions stores in a memory a description of an optimum set of mutually exclusive communication channels. |

| | |
|---|---|
| optimum set of mutually exclusive communication channels. | For example, for a user to access the system-generated friend suggestions that the platform has selected to present to the user when the user logs into the platform, the platform stores these friend suggestions in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated friend suggestions that the platform has selected to meet the optimization criteria are stored.<br><br>**How we gather information**<br><br>First, we learn about you when you use our service. So, while you may not tell us you're a sports fan, if you're always watching basketball highlights on Discover and your Bitmoji is wearing your team colors, it's a safe guess.<br><br>Second, we learn from whatever information you choose to give us. For example, when you set up a Snapchat account, we learn your birthday, email address, and the unique name you'd like to go by.<br><br>Third, we sometimes learn about you from other people and services. For example, if a friend uploads their contact list, we might see your phone number. Or, if you tap on an ad for a video game, the advertiser may let us know that you installed it. **Learn more**.<br><br>Source: https://values.snap.com/privacy/privacy-center |

> **How we store information**
>
> Snapchat is about living in the moment. That's why when you send a Snap or Chat, it's deleted by default after it's viewed or expires. Still, we may keep messages when you or a friend asks us to, like when you save a message in Chat or a Snap to Memories.

Source: https://values.snap.com/privacy/privacy-center

> **Add Your Friends & Grow Your Audience**
>
> There are a bunch of ways to connect with people you already know (friends, family, or fans), and share your profile to grow your audience.
>
> **Snapcode.** Tap your Profile in the top left corner to view your unique Snapcode. You can share this code across social platforms to easily add friends on Snapchat either by tapping the Snapcode or the Share icon in the top right corner of the screen.
>
> **Username.** Be sure to add your username to all of your social channels' bios.
>
> **Contacts.** You can add friends from your mobile contacts by going to your Profile and tapping 'Add Friends,' but first you'll have to give Snapchat permission to access your contacts.
>
> **Suggested Friends.** Your suggested friends will appear on the 'Add Friends' screen under 'Quick Add.'

Source: https://creators.snap.com/learn-get-started-explore-snapchat

> One of the features of Snapchat is the "friend suggestions" section. This area of the app shows you recommended friends based on your current contacts and past interactions on Snapchat. You can also view friends who are nearby or recently active on the app. While this feature can help find new friends, it can also be confusing and overwhelming.

Source: https://www.alphr.com/turn-off-friend-suggestions-snapchat/

> There are many advantages why you should enable the quick add or the suggested friend's option. Here are some of the top reasons: –
>
> 1. **TO GROW YOUR FRIEND'S LIST QUICKLY** – By enabling the quick add function, your Snapchat username will appear in many people's account. This will help people discover you more quickly.
> 2. **TO KNOW YOUR CIRCLE OF FRIENDS** – The suggested friends will be based on your contacts and also your mutual friends. Therefore, by looking at the suggested names list, you would be able to know who is your circle of friends who they befriended with on Snapchat.

Source: https://mymediasocial.com/how-does-snapchat-suggested-friends-work-3-simple-explanation/

16

> Here's how Snapchat's friend suggestions work:
>
> Snapchat comes up with friend suggestions by using information that you provide to the app.
>
> This includes your contacts, existing friends, and user data that is generated every time you engage with the app.
>
> All of that is put through sophisticated analytical software, and the end result is the list of suggested friends.

Source: https://techwithtech.com/snapchat-friend-suggestions-how-does-it-work/